CITY OF NEW YORK et al. v. UNITED
STATES et al.

No. 1141. Decided April 22, 1968.*

*Lee A. Freeman, William G. Clark,* Attorney General
of Illinois, *Joseph L. Alioto, John J. Dillon,* Attorney
General of Indiana, *Elliot L. Richardson,* Attorney General
of Massachusetts, *Robert L. Meade,* Assistant Attorney General of Massachusetts, *William B. Saxbe,* Attorney General of Ohio, *David G. Budd,* Assistant Attorney
General of Ohio, *Crawford C. Martin,* Attorney General
of Texas, *Thomas W. Mack,* Assistant Attorney General
of Texas, *C. Donald Robertson,* Attorney General of
West Virginia, *Benjamin F. Yancey, Jr.,* Deputy Attorney General of West Virginia, *Bronson C. La Follette,*
Attorney General of Wisconsin, *George F. Sieker* and
*Theodore L. Priebe,* Assistant Attorneys General of Wisconsin, *J. Lee Rankin, Raymond F. Simon, Thomas M.
O'Connor* and *Robert M. Desky* for appellants in No.
1141. *David Berger* and *Herbert B. Newberg* for
appellants in No. 1146.

*Solicitor General Griswold* and *Assistant Attorney
General Turner* for the United States in both cases.
*Horace S. Manges, Donald J. Williamson, Don H. Reuben, Lawrence Gunnels, Bernard G. Segal, Edward W.
Mullinix, Albert E. Jenner, Jr., Philip W. Tone, W. Donald McSweeney, Harry I. Rand, Samuel Weisbard, Harry
Buchman, Robert H. Davison, George B. Christensen,*

---

*Together with No. 1146, *School District of Philadelphia et al.* v.
*United States et al.,* also on appeal from the same court.

*H. Templeton Brown, Lee N. Abrams, James F. Dwyer, Leo Rosen, Roger Bryant Hunting* and *Robert C. Keck* for appellees Harper & Row, Publishers, Inc., et al., in both cases.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK would note probable jurisdiction and set the cases for oral argument.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases.